UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JANNA MUSHFIG,

        Plaintiff,        CIV. S-05-0073 LKK PAN

    v.

JO ANNE B. BARNHART,        ORDER TO SHOW CAUSE
Commissioner of Social
Security,

        Defendant.

—o○o—

On January 12, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits. On February 1, 2005, the court ordered the United States Marshal to serve process pursuant to plaintiff's instructions without payment of fees or expenses. Over five months have passed and there is nothing in the file to indicate that process has been served upon defendant.

Within 11 days from the date of this order plaintiff shall show cause in writing why this action should not be dismissed.

Dated: July 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge