1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12   JANNA MUSHFIG,

13              Plaintiff,              CIV. S-05-0073 LKK PAN

14         v.

15   JO ANNE B. BARNHART,               Findings and Recommendation
     Commissioner of Social
16   Security,

17              Defendant.

18                              —o𝖮o—

19         On January 12, 2005, plaintiff acting pro se filed a

20   complaint seeking review of a final decision of the Commissioner

21   of Social Security denying plaintiff's application for

22   supplemental security income benefits.  On February 7, 2005,

23   plaintiff's request to proceed in forma pauperis was granted and

24   the United States Marshal was directed to serve process pursuant

25   to plaintiff's instructions.  There is nothing in the file to

26   suggest that plaintiff has served process upon defendant in this

action or provided instructions for service of process to the United States Marshal.

On July 21, 2005, I ordered plaintiff to show cause in writing within 11 days why this action should not be dismissed. Plaintiff has not responded to the court's order.

Fed. R. Civ. P. 41(b) allows dismissal for "failure of the plaintiff to prosecute or to comply with these rules or any order of court . . ."  A federal district court has the inherent power to dismiss a case sua sponte under Rule 41(b).  Link v. Wabash R. Co., 370 U.S. 626, 630-32 (1962).  Dismissal is also authorized by Fed. R. Civ. P.  16(f) (dismissal appropriate "[i]f a party . . . fails to obey a scheduling order or pretrial order"); and E. D. Cal. L. R. 11-110 ("Failure of . . . a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the court").

Accordingly, I recommend that this action be dismissed.

These findings and recommendations are submitted to the Honorable Lawrence K. Karton, United States Senior District Judge. 28 U.S.C. § 636(b)(1).  Written objections may be filed within ten days after being served with these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to

////

appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

1153 (9th Cir. 1991).

Dated:  October 3, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge