IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANNA MUSHFIG,

        Plaintiff,                  No. CIV. S-05-0073-LKK-PAN

   vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                  ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On October 3, 2005, Judge Nowinski recommended that plaintiff's action be dismissed. No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

1

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1.  The Findings and Recommendations filed October 3, 2005, are adopted in full; and

     2.  This action is dismissed.

DATED:  January 11, 2006.

                                                      /s/Lawrence K. Karlton
                                                      UNITED STATES DISTRICT JUDGE